BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH PAUL NICHOLS, JR. ) <br> IVAN ABREO, ) <br> ) <br> Defendants. ) | CASE NO. 1:11-mj-00121 DLB <br><br> ORDER TO UNSEAL <br> CRIMINAL COMPLAINT <br> AND ARREST WARRANTS |

The criminal complaint and arrest warrants in this case, having been sealed by Order of this Court, and it appearing that they no longer need remain secret,

IT IS HEREBY ORDERED that the criminal complaint and arrest warrants be unsealed and made public record.

IT IS SO ORDERED.

**Dated:  June 23, 2011**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1