```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KATHLEEN A. SERVATIUS
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Suite 4401
 4 | Fresno, California  93721
   | Telephone:  (559) 497-4000
 5 |
 6 |
 7 |        IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |               EASTERN DISTRICT OF CALIFORNIA
 9 |
10 | UNITED STATES OF AMERICA,   ) CASE NO. 1:11-mj-00121 DLB
   |                             )
11 |             Plaintiff,      )
   |                             ) ORDER TO UNSEAL
12 |        v.                   ) CRIMINAL COMPLAINT
   |                             ) AND ARREST WARRANTS
13 | JOSEPH PAUL NICHOLS, JR.    )
   | IVAN ABREO,                 )
14 |                             )
   |             Defendants.     )
15 | _____)
16 |      The criminal complaint and arrest warrants in this case,
17 | having been sealed by Order of this Court, and it appearing that
18 | they no longer need remain secret,
19 |      IT IS HEREBY ORDERED that the criminal complaint and arrest
20 | warrants be unsealed and made public record.
21 |      IT IS SO ORDERED.
22 |      Dated:  June 23, 2011           /s/ Dennis L. Beck
   |                              UNITED STATES MAGISTRATE JUDGE
23 |
24 |
25 |
26 |
27 |
28 |
   |                              1
```