BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

JUN 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-204-AWI |
| Plaintiff, | ORDER SETTING GOVERNMENT'S MOTION FOR REVOCATION HEARING |
| v. | |
| JOSEPH PAUL NICHOLS, JR., | |
| Defendant. | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government file its brief in support of its motion to revoke the defendant's conditions of release on or before June 29, 2011 and that hearing on such motion be set for July 5, 2011 at 9 a.m.

Dated: June 28, 2011

Honorable Anthony W. Ishii

1