ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:       (209)544-1860

Attorney for Defendant
IVAN ABREO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00204-AWI |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| IVAN ABREO et al, | ) |
| Defendants. | ) |

The defendants: 1)IVAN ABREO, through his attorney ROBERT L. FORKNER; 2) JOSEPH NICHOLS represented by his attorney MARK COLEMA, together with the United States of America through its undersigned counsel, KATHLEEN ANN SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Status conference presently set for September

1

12, 2011 be vacated and rescheduled for Monday, October 3, 2011 at 9:00 a.m. in Courtroom 2 before the Honorable District Court Judge, Anthony W. Ishii.

    2.  The defense has requested additional discovery and requests additional time to review the discovery, to discuss the discovery with their respective clients, to investigate, to review and do legal research on potential motions to be potentially filed in this case.

    3.  Ms. Servatius has indicated that she will be providing plea offers, as such, the defense will need to do legal research on the potential application of the complex Advisory Sentencing Guidelines that may apply in this case should any defendant decide to resolve his case.

    4.  There are ongoing negotiations between the defense and government counsel.

    5.  The defense requests additional and adequate time to review the discovery and discuss all of the options with each of their respective clients.

    6. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

    IT IS SO STIPULATED.

```
Dated:   September 8, 2011        /s/ Robert L. Forkner
                                  ROBERT L. FORKNER
                                  Attorney for Defendant
                                  OMAR QUINTERO-RODRIGUEZ


Dated:   September 8, 2011        /s/ Mark Coleman
                                  MARK COLEMAN
                                  Attorney for Defendant
                                  JOSEPH NICHOLS


Dated:   September 8, 2011        BENJAMIN B. WAGNER
                                  United States Attorney


                                  by: /s/ Kathleen Ann Servatius
                                  Assistant United States Attorney
```

ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:(209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
IVAN ABREO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00204-AWI |
|---|---|
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| IVAN ABREO ET AL., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the September 12, 2011 Status Conference be continued to October 3, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) from the date of this order to October 3, 2011.

4

IT IS SO ORDERED.

Dated:   September 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE