1 **MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & WILSON**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4
5 ATTORNEYS FOR Defendant,
JOSEPH NICHOLS

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9 * * * * * *

10 UNITED STATES OF AMERICA,                Case No.: 1:11-CR-00204-AWI

11          Plaintiff,
                                            **STIPULATION TO**
12      vs.                                 **CONTINUE STATUS CONFERENCE**
                                            **AND**
13 IVAN ABREO AND JOSEPH NICHOLS,           **O R D E R**

14          Defendants.

15

16     **IT IS HEREBY STIPULATED** by and between the parties herein that the Status

17 Conference currently scheduled for December 12, 2011, at 9:00 a.m. be continued to **January 23,**

18 **2012,** at 9:00 a.m., before the Honorable Anthony W. Ishii.

19     This request is based upon the fact that counsel for Defendant, Joseph Nichols, is working

20 with the U.S. Attorney to resolve the case. Although the parties have not reached a resolution, they

21 are close. Counsel believes that a Status Conference at this point would be unproductive. It is

22 Counsel's belief that should the parties be given an additional four to five weeks, a plea agreement

23 can be filed.

24     Counsel for Defendant has spoken with Assistant U. S. Attorney, KATHLEEN ANN

25 SERVATIUS, and ROBERT L. FORKNER, attorney for Co-Defendant Ivan Abreo, and they have

26 no objection to this continuance.

27     The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§

28 3161(h)(1)(D) and (7)(A).

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: December 8, 2011.            Respectfully Submitted,

                                    NUTTALL COLEMAN & WILSON

                                    /s/ MARK W. COLEMAN
                                    _____
                                    MARK W. COLEMAN
                                    Attorney for Defendant,
                                    JOSEPH NICHOLS

Dated: December 8, 2011.            LAW OFFICES OF ROBERT L. FORKNER

                                    /s/ ROBERT L. FORKNER
                                    _____
                                    ROBERT L. FORKNER
                                    Attorney for Defendant,
                                    IVAN ABREO

Dated: December 8, 2011.            UNITED STATES ATTORNEY'S OFFICE

                                    /s/ KATHLEEN ANN SERVATIUS
                                    _____
                                    KATHLEEN ANN SERVATIUS
                                    Assistant U.S. Attorney

***************

# **ORDER**

**IT IS ORDERED** that the Status Conference currently scheduled on December 12, 2011, at 9:00 a.m. is continued to **January 23, 2012, at 9:00 a.m.** Time under the Speedy Trial Act is excluded through January 23, 2012 under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A). For the reasons set forth above, the continuance requested is granted for good cause and the court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    December 10, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE